# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARTEZ WILLIAMS <br><br> *Plaintiff* <br><br> v. <br><br> CAPTAIN D'S, LLC and THIRD NATIONAL BANK as TRUSTEE <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 3-16 2806 ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAPTAIN D'S, LLC
c/o Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Todd G. Cole
Advocacy Law Group
750 Old Hickory Blvd. Ste. 2-202B
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

NOV 0 1 2016

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF TENNESSE

| | |
|---|---|
| MARTEZ WILLIAMS <br> *Plaintiff* <br> v. <br> CAPTAIN D'S, LLC and THIRD NATIONAL BANK as TRUSTEE <br> *Defendant* | Civil Action No. 3-16 2806 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THIRD NATIONAL BANK, TRUSTEE
c/o Brazos TX GRP
930 W 1st Street Suite 303
Ft. Worth, TX 76102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Todd G. Cole
Advocacy Law Group
750 Old Hickory Blvd. Ste. 2-202B
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

NOV 0 1 2016

CLERK OF COURT

Date: _____     _____
*Signature of Clerk or Deputy Clerk*